UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> JAMES D. ELKJER and CHUNG IM ELKJER, individually and dba Kona Kai aka Kona Kai Lee, <br><br> Defendants. | CASE NO. CV-99-2584 RMT (SHx) <br><br> RENEWAL OF DEFAULT JUDGMENT <br> BY CLERK |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendants JAMES D. ELKJER and CHUNG IM ELKJER, individually and dba Kona Kai aka Kona Kai Lee, jointly and severally, [copy attached] is hereby renewed in the amounts as set forth below:

Renewal of money judgment

```
    a. Total judgment                        $6,800.00
    b. Costs after judgment                  $  -0-
    c. Attorneys fees:                       $  -0-
    d. Subtotal (add a and b)                $6,800.00
    e. Credits after judgment                $  -0-
    f. Subtotal (subtract d from c)          $6,800.00
    g. Interest after judgment               $1,606.93
```

RENEWAL OF JUDGMENT - CASE NO. CV-99-2584 RMT (SHx)                              1

| | | |
|---|---|---|
| h. | Fee for filing renewal application | $ -0- |
| i. | **Total renewed judgment** *(add e, 5, and g)* | $8,406.93 |

DATED: 2/2/12          CLERK, by Lori Muraoka                    ,
                       Deputy Clerk, U.S. District Court